**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 699 MAL 2014
: 
                Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v. : 
: 
: 
: 
ANGEL ROSA, : 
: 
                Petitioner : 


## **ORDER**


**PER CURIAM**

      **AND NOW**, this 31st day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.